**Order entered July 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01558-CR
### No. 05-13-01559-CR

**MORRIS JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1262862-J, F13-00351-J**

## ORDER

Appellant's July 7, 2014 motion for leave to file a brief in excess of the word limit is

**GRANTED**. Appellant's brief received by the Clerk of the Court on July 7, 2014 is **DEEMED**

timely filed on the date of this order.

/s/    LANA MYERS
        JUSTICE